IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:15CR3027 |
| vs. | |
| YUSNEL ABREU LAMAS, | **ORDER** |
| Defendant. | |

After conferring with counsel for the government, defense counsel, and the probation officer assigned to Defendant Lamas' sentencing,

IT IS ORDERED that Defendant Lamas' sentencing is reset for October 29, 2015 at 12:00 p.m. (noon) in <u>Courtroom 2</u>, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.

October 23, 2015.

BY THE COURT:

<u>*s/ Cheryl R. Zwart*</u>
United States Magistrate Judge