IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3027 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| YUSNEL ABREU LAMAS, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue dispositional hearing (filing 330) is granted.

2. Defendant Yusnel Abreu Lamas' violation of supervised release hearing is continued to November 3, 2017, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge