IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:15CR3027** |
| vs. | |
| YUSNEL ABREU LAMAS, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Dispositional Hearing (filing 333) is granted.

2. Defendant Yusnel Abreu Lamas' violation of supervised release hearing is continued to February 2, 2018, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of December, 2017.

BY THE COURT:

_/s/ John M. Gerrard_
John M. Gerrard
United States District Judge